MARGARET E. PHILLIPS, as Administratrix of the Estate of CHARLES M. PHILLIPS, Deceased, Appellant, *v.* CROSSTOWN STREET RAILWAY COMPANY OF BUFFALO et al., Respondents.

*Phillips* v. *Crosstown Street Ry. Co. of Buffalo*, 167 App. Div. 953, affirmed.

(Argued October 17, 1916; decided October 31, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 5, 1915, affirming a judgment in favor of defendants entered upon a verdict directed by the court in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant. The deceased, while in the employ of defendant as a conductor on one of its street cars, was caught between a car standing on one track and a moving car on the opposite track passing the standing car and received the injuries resulting in his death. The trial court held the deceased guilty of contributory negligence.

*George H. Kennedy* for appellant.

*James O. Moore* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK and CARDOZO, JJ. Not sitting: POUND, J.